IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| D C ECHOLS, AIS #165602, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CIVIL ACT. NO. 2:11CV484-MEF |
| ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objections (Doc. #5) to the Recommendation of the Magistrate Judge filed on July 15, 2011 are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) entered on July 11, 2011 is adopted;

3. The petition for habeas corpus relief is DENIED and this case is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A);

4. Costs are taxed against the petitioner.

DONE this the 13th day of September, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE